No. 74–6091. ARMOUR *v.* HENDERSON, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 74–6098. HOOBAN *v.* BOLING ET AL. C. A. 6th Cir. Certiorari denied.

No. 74–6099. HUGHES *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 74–6100. BLANTON *v.* HASKINS, CORRECTIONAL SUPERINTENDENT. Sup. Ct. Ohio. Certiorari denied.

No. 74–6103. LENTZ *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 74–6105. FREEDMAN *v.* SLAVIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–6110. THOMAS *v.* TWOMEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 74–6143. HOPKINS ET AL. *v.* ANDERSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 74–6159. SMALLWOOD *v.* LAVALLEE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 73–406. BURNS, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF IOWA, ET AL. *v.* DOE. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 74–802. ILLINOIS *v.* BAUGH. App. Ct. Ill., 4th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.